THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| READY SEAFOOD CO., <br><br> Plaintiff, <br><br> v. <br><br> WESTLAKE SEAFOOD, LLC, <br><br> Defendant. | CASE NO. C20-5846-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff Ready Seafood Co.'s motion for default judgment (Dkt. No. 10). In light of Ready Seafood's notice (Dkt. No. 16) and for the reasons stated in the Court's previous order (Dkt. No. 15), the Court GRANTS in part and DENIES in part the motion. The Court will enter judgment for $85,570.09 but will not award any prejudgment interest.

DATED this 28th day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-5846-JCC
PAGE - 1